| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
May 05, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Rogelio Perez Barragan, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-1090 |
| Strategic HVAC and Insulation, LLC, | § § | |
| Defendant. | § § | |

## Voluntary Dismissal

Having been advised that Rogelio Perez Barragan no longer wishes to pursue his claims against Strategic HVAC and Insulation, LLC, this case is dismissed without prejudice. (15)

Signed on May 4, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge